Nov. Term,
1861.

STEVENS
v.
HURT.

---

STEVENS *v.* HURT and Another.

A judgment directing the sale of real estate on a vendor's lien, in the first instance, unless the vendee has no personal property out of which the judgment might be made, is erroneous.

APPEAL from the *Boone* Common Pleas.

HANNA, J.—Suit on a note, and to foreclose a mortgage; and, also, on a note which was not secured by said mortgage, but which, it is averred, was given for a part of the consideration money of the said land mortgaged. There was a judgment for the amount of both notes, and that the equity of redemption be foreclosed, and the land sold to satisfy said judgment. There was no averment of insolvency, or a want of other property, &c. See *Scott* v. *Crawford*, 12 Ind. 410.

*Per Curiam.*—The judgment was erroneous, as to the amount of the note not included in the mortgage; and, therefore, so much of it is reversed. In all other respects, the judgment is affirmed, at appellees' costs.

*O. S. Hamilton*, for the appellant.

*A. J. Boone*, for the appellees.